UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Ron Mercer, Kristi Mercer, Ned Newhof, Rinda Newhof, and The Fair Housing Center of West Michigan,<br><br>Plaintiffs,<br><br>v.<br><br>Edward Rose & Sons, Inc. d/b/a The Crossings Apartments and Edward Rose Company, severally and jointly,<br><br>Defendants. | Case No. 21-11336<br><br>Hon. Nancy G. Edmunds<br>United States District Judge |

## STIPULATED ORDER TO EXTEND ALL DATES FOR 60 DAYS

This matter comes before the Court upon the stipulation of counsel for all parties, wherein the parties hereby stipulate and agree as follows:

WHEREAS, pursuant to the August 25, 2021 Scheduling Order, the deadline for the parties to complete discovery is February 7, 2022; and the deadline for the parties to file dispositive motions is March 21, 2022; and

WHEREAS, the parties have been cooperating to resolve disagreements in discovery; and

WHEREAS, the holidays and other complications have impeded the parties' abilities to schedule key depositions; and

WHEREAS, the parties being agreeable to extend discovery and the deadline for the dispositive motion cut-off for an additional 60 days, as well as all other dates set by the Scheduling Order by 60 days;

THEREFORE, IT IS HEREBY ORDERED that the deadline for the parties to complete fact discovery is extended to **April 8, 2022** and the dispositive motion deadline is extended to **May 20, 2022.**

Pretrial Order Due September 6, 2022; Final Pretrial Conference set for September 13, 2022; and Trailing Trail Docket set for October 4, 2022 @ 9:00 am

IT IS SO ORDERED.

_____
Nancy G. Edmunds
Dated:  December 20, 2021            United States District Court Judge


**STIPULATED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| s/ Robin B. Wagner | s/ Haba K. Yono (by consent) |
| ROBIN B. WAGNER (P79408) | MATTHEW S. DISBROW (P65378) |
| JENNIFER L. LORD (P46912) | JENNIFER L. MUSE (P81208) |
| Pitt, McGehee, Palmer, | HABA K. YONO (P81114) |
| Bonanni & Rivers, PC | Honigman LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 117 W. Fourth Street, Ste. 200 | 2290 Woodward Avenue |
| Royal Oak, MI 48067 | Detroit, MI 48226 |
| (248) 398-9800 | 313-465-7000 |
| rwagner@pittlawpc.com | Mdisbrow@honigman.com |