UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RON MERCER, KRISTI MERCER, NED
NEWHOF, RINDA NEWHOF, AND THE
FAIR HOUSING CENTER OF WEST
MICHIGAN,

      Plaintiffs,

vs.

EDWARD ROSE & SONS, INC. d/b/a THE
CROSSINGS APARTMENTS AND
EDWARD ROSE COMPANY, severally and
jointly,

      Defendants.
_____/

Case No. 2:21-cv-11336-NGE-APP
Hon. Nancy G. Edmunds
Magistrate Judge Anthony P. Patti

## STIPULATION AND ORDER REGARDING WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER [ECF NO. 30]

Plaintiffs and Defendants move to withdraw the Motion for Protective Order [ECF No. 30] upon reaching a resolution on the Motion, and states as follows:

1. On December 17, 2021, Defendants filed their Motion for a Protective Order of a Third Party's Subpoena, requesting the Court to strike the first request in the Subpoena itself and Subpoena Request No. 7.

2. On December 23, 2021, the parties met and conferred pertaining to Defendants' pending Motion for a Protective Order, ECF No. 30.

42188322.1

3.     Plaintiffs and Defendants reached a resolution on Defendants' Motion, with Plaintiffs agreeing to withdraw the first request in the Subpoena itself along with Subpoena Request No. 7 to the third party, RentGrow, Inc.

4.     The parties hereby stipulate that Defendants' Motion is withdrawn.

| | |
|---|---|
| /s/ Robin B. Wagner (with consent) | /s/ Matthew S. Disbrow |
| Beth M. Rivers (P33614) | Matthew S. Disbrow (P65378) |
| Jennifer L. Lord (P46912) | Jennifer L. Muse (P81208) |
| Robin B. Wagner (P79408) | Haba K. Yono (P81114) |
| Pitt, McGehee, Palmer, Bonanni & Rivers, P.C. | Honigman LLP |
| 117 W. Fourth Street, Suite 200 | 2290 First National Building |
| Royal Oak, MI 48067 | 660 Woodward Avenue |
| 248.398.9800 | Detroit, MI 48226-3506 |
| brivers@pittlawpc.com | 313.465.7000 |
| jlord@pittlawpc.com | mdisbrow@honigman.com |
| rwagner@pittlawpc.com | jmuse@honigman.com |
| | hyono@honigman.com |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| Dated: December 30, 2021 | |

**SO ORDERED.**

Dated: January 5, 2022                              s/Anthony P. Patti
                                                                  U.S. Magistrate Judge

42188322.1