IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

Ron Mercer, Kristi Mercer, Ned
Newhof, Rinda Newhof, and The Fair
Housing Center of West Michigan,

        Plaintiffs,

v.

Edward Rose & Sons, Inc. d/b/a The
Crossings Apartments and Edward
Rose Company, severally and jointly,

        Defendants.

Case No. 21-11336

Hon. Nancy Edmunds

Magistrate Judge Anthony P. Patti

United States District Judge

## STIPULATED ORDER TO SEAL EXHIBIT 4 OF ECF NO. 39

This matter comes before the Court upon the stipulation of counsel for all parties, wherein the parties hereby stipulate and agree as follows:

WHEREAS, Plaintiffs Ron Mercer, Kristi Mercer, Ned Newhof, and Rinda Newhof filed a Motion to Compel complete responses to their First Interrogatories 8 and 9 and their First Request to Produce 7 and 14 on December 28, 2021.

WHEREAS, Defendants filed their response on January 12, 2022.

WHEREAS, Plaintiffs filed their reply on January 18, 2022. Exhibit 4 in their reply erroneously contains the first names of Doe Mercer and Doe Newhof.

WHEREAS, a Protective Order stipulating that Doe Mercer and Doe Newhof must be referred to as such was entered by the Court on November 24, 2021.

THEREFORE, IT IS HEREBY ORDERED that Plaintiffs will re-file Exhibit 4 to their reply to the response to Motion to Compel complete responses to their First Interrogatories 8 and 9 and their First Request to Produce 7 and 14 (ECF no. 39) under seal.

IT IS SO ORDERED.

                                            s/Anthony P. Patti
                                            Anthony P. Patti
                                            United States Magistrate Judge

Dated: January 20, 2022

**STIPULATED AS TO FORM AND SUBSTANCE:**

| *s/ Robin B. Wagner* | *s/ Haba K. Yono (w/ permission)* |
|---|---|
| ROBIN B. WAGNER (P79408) | MATTHEW S. DISBROW (P65378) |
| JENNIFER L. LORD (P46912) | JENNIFER L. MUSE (P81208) |
| Pitt, McGehee, Palmer, | HABA K. YONO (P81114) |
| Bonanni & Rivers, PC | Honigman LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 117 W. Fourth Street, Ste. 200 | 2290 Woodward Avenue |
| Royal Oak, MI 48067 | Detroit, MI 48226 |
| (248) 398-9800 | 313-465-7000 |
| rwagner@pittlawpc.com | Mdisbrow@honigman.com |