UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RON MERCER, KRISTI MERCER, NED
NEWHOF, RINDA NEWHOF, AND THE
FAIR HOUSING CENTER OF WEST
MICHIGAN,

        Plaintiffs,

  vs.

EDWARD ROSE & SONS, INC. d/b/a THE
CROSSINGS APARTMENTS AND
EDWARD ROSE COMPANY, severally and
jointly,

        Defendants.
_____/

Case No. 2:21-cv-11336-NGE-APP
Hon. Nancy G. Edmunds
Magistrate Judge Anthony P. Patti

## STIPULATION AND ORDER RESOLVING PLAINTIFFS' MOTION TO COMPEL WITHOUT PREJUDICE [ECF NO. 34]

NOW COMES Plaintiffs and Defendants, through their attorneys, and hereby submit a *Stipulation and Order Resolving Plaintiffs' Motion to Compel*.

1. On December 28, 2021, Plaintiffs filed their Motion to Compel complete responses to their first interrogatories 8 and 9 and request to produce 7 and 14. ECF No. 34.

2. On January 11, 2022, Defendants filed their Response in Opposition to Plaintiffs' Motion to Compel. ECF No. 38.

3. On January 18. 2022, Plaintiffs filed their Reply to their Motion to Compel. ECF No. 39.

**Error! Unknown document property name.**

4. On January 22, 2022, the parties met and conferred for over an hour and a half as directed by the Court. *See* ECF No. 36.

5. Plaintiffs and Defendants reached a resolution of Plaintiffs' pending Motion, with Plaintiffs agreeing to limit the discovery requests to applicants of a two-bedroom, two-bathroom unit in 2020, and Defendants agreeing to supplement applicant materials for applicant results of conditional higher security deposit and conditional-guarantor along with an explanation of the chart produced on ER000631-ER000635.

6. The Parties further agreed that Plaintiffs' requests for documents addressed in their pending motion would be reconsidered after the deposition of a 30(b)(6) witness, noticed for February 9, 2022. The Parties also agree that should they not be able to reach an agreement regarding renewed requests for documents resulting from the 30(b)(6) deposition, Plaintiffs' may renew their current motion.

7. The Parties hereby stipulate that Plaintiffs' Motion to Compel is resolved, based on Defendants' agreement to supplement responses and without prejudice to renew Plaintiffs' motion should the Parties be unable to reach agreement about a renewed request for documents arising from the 30(b)(6) deposition.

8. Defendants are agreeing to this resolution without waiving any objections or privileges if Plaintiffs' motion is renewed.

Respectfully Submitted by:

**Error! Unknown document property name.**

| | |
|---|---|
| /s/Robin B. Wagner | /s/ Matthew S. Disbrow |
| Beth M. Rivers (P33614) | Matthew S. Disbrow (P65378) |
| Jennifer L. Lord (P46912) | Jennifer L. Muse (P81208) |
| Robin B. Wagner (P79408) | Haba K. Yono (P81114) |
| Pitt, McGehee, Palmer, Bonanni & Rivers, P.C. | Honigman LLP |
| 117 W. Fourth Street, Suite 200 | 2290 First National Building |
| Royal Oak, MI 48067 | 660 Woodward Avenue |
| 248.398.9800 | Detroit, MI 48226-3506 |
| brivers@pittlawpc.com | 313.465.7000 |
| jlord@pittlawpc.com | mdisbrow@honigman.com |
| rwagner@pittlawpc.com | jmuse@honigman.com |
| | hyono@honigman.com |
| Attorneys for Plaintiffs | Attorneys for Defendants |

Dated:

**SO ORDERED.**

Dated:  January 25, 2022                                     Anthony P. Patti
                                                                                      U.S. Magistrate Judge

**Error! Unknown document property name.**