UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RON MERCER, KRISTI MERCER,
NED NEWHOF, RINDA NEWHOF, and
THE FAIR HOUSING CENTER OF WEST
MICHIGAN,

    Plaintiffs,        Case No. 21-11336

v.             Honorable Nancy G. Edmunds

EDWARD ROSE & SONS, INC. d/b/a
THE CROSSINGS APARTMENTS and
EDWARD ROSE COMPANY,

    Defendants.
_____/

## JUDGMENT

  In accordance with the Court's opinion and order granting Defendants' motion for summary judgment entered this date,

  IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' complaint is DISMISSED, and this case is CLOSED.

  SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: April 5, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 5, 2023, by electronic and/or ordinary mail.

        s/Lisa Bartlett
        Case Manager